**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**BTL INDUSTRIES, INC.**,

Plaintiff,

v.

**LEXTER MICROELECTRONIC ENGINEERING SYSTEMS S.L., WELLFIT DISTRIBUTORS, INC, WE202 EMS STUDIO – PEMBROKE LLC, ELIZABETH M. CASTILLO, CARMELA CASTILLO, and JUAN A. CASTILLO-PLAZA.**

Defendants.

**Civil Action No. 25-cv-23404-BB**

**DEMAND FOR JURY TRIAL**

**PLAINTIFF'S REPLY AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIM**

Plaintiff BTL Industries, Inc. ("**Plaintiff**" or "**BTL**"), by its attorneys, hereby replies to the Counterclaim contained in Defendant Lexter Microelectronic Engineering Systems S.L.'s ("**Lexter**") Answer, Affirmative Defenses, and Counterclaim ("**Answer**") [D.E. 48][1], and states:

**AS AND FOR A REPLY TO DEFENDANTS'**

**Additional Defenses**[2]

92. Plaintiff denies the allegations in paragraph 92.

93. Plaintiff denies the allegations in paragraph 93.

[1] Plaintiff files this Answer one business day after the December 26, 2025, deadline due to an inadvertent delay over the holiday period. Remaining Defendant Lexter has confirmed that they do not oppose the late filing, and no prejudice has resulted.

[2] All headings are included for ease of reference and to correspond, in broad outline, to the headings in Defendants' Answer and Counterclaims, despite Defendants' unconventional formatting. The headings shall not be construed as an admission of, or response to, any allegation, statement, or legal contention set forth in Defendants' pleadings.

94. Plaintiff denies the allegations in paragraph 94.

95. Plaintiff denies the allegations in paragraph 95.

**Lexter's Counterclaim Against BTL Seeking Declaratory Judgment of Invalidity of the '255 and '167 Patents**

96. Plaintiff denies the allegations in paragraph 96.

97. Plaintiff admits that the Court possesses subject matter jurisdiction over the counterclaim as it is an action arising under the patent laws of the United States, but denies the remaining allegations of paragraph 97 of the Counterclaim.

98. Plaintiff denies the allegations in paragraph 98.

99. Plaintiff denies the allegations in paragraph 99.

100. Plaintiff denies the allegations in paragraph 100.

**Demand for Jury Trial**

Under Rule 38 of the Federal Rules of Civil Procedure, Plaintiff BTL Industries, Inc. respectfully demands a trial by jury of any issues triable of right by a jury.

**Prayer for Relief**

BTL denies that Lexter is entitled to any judgment or relief against BTL and, therefore, specifically denies Paragraphs A–F of the Counterclaim's Prayer for Relief.

Each averment and/or allegation contained in Lexter's Counterclaim that is not specifically admitted herein is hereby denied.

BTL requests that judgment be entered in BTL's favor, dismissing Lexter's Counterclaim with prejudice, awarding BTL's attorneys' fees and costs incurred in this litigation under 35 U.S.C. § 285, and granting even further relief as the Court may deem just and proper.

**AFFIRMATIVE DEFENSES**

Pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, by way of further Reply to

Counterclaims and as affirmative and non-affirmative defenses, and without prejudice to the denials in the Reply to Counterclaims, Plaintiff denies that it is liable to Defendants on any of the claims alleged and also denies that Defendants are entitled to any damages, attorneys' fees, costs, or to any relief whatsoever, and states as follows:

**FIRST DEFENSE**

The Defendant has failed to state a claim against Plaintiff for which relief may be granted.

**SECOND DEFENSE**

Defendant's counterclaim is barred by the doctrine of unclean hands. Defendant has engaged in inequitable and misleading conduct, including intentionally using Plaintiff's protected intellectual property without authorization, thereby precluding their entitlement to equitable relief.

**THIRD DEFENSE**

To the extent Defendants have incurred any damages, which is denied, such damages are the result of Defendants' own independent and voluntary actions, including, but not limited to, the purely personal acts of Defendants and/or their affiliates, which constitute superseding or intervening causes and preclude any liability of Plaintiff.

**FOURTH DEFENSE**

To the extent Defendants have incurred any damages, which is denied, Defendants have failed to mitigate their damages.

**FIFTH DEFENSE**

Defendant's counterclaim is barred by the doctrine of laches.

**SIXTH DEFENSE**

Defendant's counterclaim is barred by the doctrine of estoppel.

**SEVENTH DEFENSE**

Defendant's counterclaim fails because no actual case or controversy exists under Article

III of the U.S. Constitution sufficient to support declaratory judgment jurisdiction, and therefore the counterclaim must be dismissed.

## EIGHTH DEFENSE

Defendant's counterclaim fails to identify with specificity which claims of the '255 and '167 patents are allegedly invalid or the factual and statutory bases for any such invalidity, and therefore fails to state a claim.

## NINTH DEFENSE

Defendant's counterclaim is barred by the doctrine of estoppel.

**Reservation:** Plaintiff reserves the right to amend this Reply to Counterclaims to add, withdraw, or modify these defenses as its investigation continues and as discovery may require.

Dated: December 29, 2025

Respectfully submitted,

/s/ *Arthur Robert Weaver*
Arthur Robert Weaver (FL Bar No. 92132)
rweaver@brickellip.com
Richard Guerra (FL Bar No. 689521)
rguerra@brickellip.com
The Brickell IP Group, PLLC
1101 Brickell Avenue,
South Tower, Suite 800
Miami, FL 331331
Telephone: (305) 728-8831

- and -

Seth R. Ogden (*pro hac vice* to be filed)
sro@iplawgroup.com
Patterson Intellectual Property Law, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

*Attorneys for Plaintiff BTL Industries, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025, I caused a copy of the foregoing document to be served upon counsel for Defendants in the manner indicated as follows:

Geoffrey Lottenberg VIA ELECTRONIC MAIL
Florida Bar No. 56240
David Colls
Florida Bar No. 1044040
**BERGER SINGERMAN, LLP**
201 East Las Olas Blvd., Suite 1500
Fort Lauderdale, FL 33301
Telephone: 954-525-9900
Facsimile: 954-523-2872
glottenberg@bergersingerman.com
dcolls@bergersingerman.com
DRT@bergersingerman.com

*Attorneys for Defendants Wellfit Distributors, Inc., We202 EMS Studio – Pembroke LLC, Elizabeth M. Castillo, Carmela Castillo, and Juan A. Castillo-Plaza*

Cassandra R. Daum
**SMITH, GAMBRELL & RUSSELL, LLP**
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone:904-598-6167
cdaum@sgrlaw.com
asalane@sgrlaw.com

*and*

William F. Long (admitted *pro hac vice*)
**SMITH, GAMBRELL & RUSSELL, LLP**
1105 W. Peachtree St. NE
Suite1000
Atlanta, Ga 30309-3608
P: 404-815-3500 - Phone
F: 404-815-3509 - Fax
blong@sgrlaw.com

*Attorneys for Defendant Lexter Microelectronic Engineering Systems S.L.*

PATTERSON INTELLECTUAL PROPERTY LAW, P.C.

*/s/ Seth R. Ogden*
Seth R. Ogden
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221
sro@iplawgroup.com

*Attorney for Plaintiff, BTL Industries, Inc.*